# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NEW PRODUCTS INTERNATIONAL, INC.**

Debtors. :

Chapter 7

In re: :

Case No. 15-22153-rdd

**Hearing Date:**
May 8, 2015 at 10:00 a.m. (ET)

**Objection Deadline:**
May 1, 2015 at 5:00 p.m. (ET)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## MOTION TO DISMISS OF NEW PRODUCTS INTERNATIONAL, INC. THE CHAPTER 7 CASE PURSUANT TO 11 U.S.C. § 707(A)

The Debtor in the above-mentioned case, by their attorney, pursuant to 11 U.S.C. § 707, hereby move to dismiss their bankruptcy case for the following reasons:

   1. A voluntary petition under chapter 7 of the Bankruptcy Code was filed by the Debtors on February 3rd 2015.

   2. No complaints objecting to discharge or to determine the discharge ability of any debt have been filed in the case.

   3. The Debtor has realized that filing a chapter 7 case was not needed, due to the fact that the lease was terminated due to the loss of the Landlord property at a public auction, and it has no assets to distribute.

   4. No creditor has filed a claim in this case.

5. The Debtors are willing to compensate the trustee for any expenses incurred herein.

WHEREFORE, the Debtors pray that this bankruptcy case be dismissed without prejudice.

Date: March 30, 2015

Respectfully submitted,
By: Barry N Frank    /S/
Barry N Frank, Esq.
17-20 Whitestone Expressway,
Whitestone, NY 11357
Tel: (347) 368-6837
Fax: (914) 663-5700
Counsel for the Debtor